JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-01550-KK-MAAx | Date: | August 22, 2024 |
|---|---|---|---|
| Title: | *Keturah Sexton v. Hobby Lobby Stores Inc., et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order GRANTING Parties' Stipulation to REMAND Removed Action [Dkt. 14]**

On May 29, 2024, plaintiff Keturah Sexton ("Plaintiff") filed a Complaint against defendant Hobby Lobby Stores, Inc. ("Defendant") in San Bernardino County Superior Court alleging claims for negligence and premises liability. ECF Docket No. ("Dkt.") 1, Ex. A. On July 25, 2024, Defendant filed a Notice of Removal from San Bernardino County Superior Court, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. Dkt. 1.

On August 20, 2024, parties filed a Stipulation to Remand Case to State Court. Dkt. 14. In light of the parties' stipulation to limit Plaintiff's potential damages this Court now lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). Dkt. 14. Accordingly, the matter is **HEREBY REMANDED** to the San Bernardino County Superior Court.

**IT IS SO ORDERED.**